IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 3:24-mj- 58 |
| | ) |
| v. | ) Driving Under the Influence of Alcohol |
| | ) 18 U.S.C. Section 13, Assimilating the |
| DANTES M. SON, | ) 1950 Code of Virginia, Sections 18.2-266 |
| | ) & 270(A) |
| *Defendant.* | ) (Count 1) |
| | ) |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
**(Citation No. E1804133)**

On or about March 16, 2024, in the Eastern District of Virginia at Fort Gregg-Adams, Virginia, property administered by the Department of Defense, within the jurisdiction of this Court and the special territorial jurisdiction of the United States, the defendant DANTES M. SON, was found operating a motor vehicle under the influence of alcohol.

(In violation of Title 18, United States Code, Section 13, assimilating the 1950 Code of Virginia, as amended, Sections 18.2-266 & 270(A).)

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____/s/_____
Stephanie N. Hasenfus
District of Columbia Bar No. 1724557
Special Assistant United States Attorney
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, VA 23219
Phone: (520) 669-2102
Fax: (804) 765-1950
Email: stephanie.n.hasenfus.mil@army.mil